1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAREN OGILVIE, | CASE NO. C23-1010JLR |
| Plaintiff, | ORDER |
| v. | |
| SANOFI-AVENTIS US LLC, et al., | |
| Defendants. | |

10

11

12

13

14

15    This matter was transferred to the Western District of Washington from the

16  Eastern District of Louisiana.  (5/30/23 Transf. Order (Dkt. # 7).)  On October 6, 2023,

17  the court entered an order to show cause why the case should not be dismissed for failure

18  to prosecute.  (10/6/23 OSC (Dkt. # 22) at 2.)  Specifically, the court ordered counsel for

19  Plaintiff Sharen Ogilvie to respond to the order to show cause by October 27, 2023, either

20  by entering an appearance in this matter or by applying for leave to appear *pro hac vice*.

21  (*Id.*)

22  //

ORDER - 1

1    On October 20, 2023, Ms. Ogilvie's counsel timely responded to the court's order

2  to show cause by applying for leave to appear *pro hac vice* (10/20/23 Application (Dkt.

3  # 24)), and by associating local counsel, Corrie J. Yackulic, who entered an appearance

4  on behalf of Ms. Ogilvie.  (10/20/23 NOA (Dkt. # 23).)  Accordingly, the court

5  DISCHARGES its October 6, 2023 order to show cause (Dkt. # 22).

6    Dated this 23rd day of October.

7

8    JAMES L. ROBART
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2