UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAREN OGILVIE, | CASE NO. C23-1010JLR |
| Plaintiff, | ORDER |
| v. | |
| SANOFI-AVENTIS US LLC, et al., | |
| Defendants. | |

This products liability case comes before the court on transfer from MDL 16-2740 in the Eastern District of Louisiana. On February 27, 2024, the court held a status conference regarding various issues raised in the parties' joint status report. (*See* 2/27/24 Min. Entry (Dkt. # 34); *see also* JSR (Dkt. # 21).) Those issues included Plaintiff Sharen Ogilvie's desire to file a motion for leave to amend her short form complaint; Defendants Sanofi-Aventis US LLC and Sanofi US Services Inc.'s (together, "Sanofi") desire to file a motion to stay these proceedings; and Sanofi's request to file an early dispositive motion. (*See* JSR at 12-13.) The court ORDERS as follows:

ORDER - 1

1. The court determines, in its discretion, that a stay of these proceedings is not warranted.  *See Clinton v. Jones*, 520 U.S. 681, 683 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").  The court declines to consider a stay at this juncture.

2. Ms. Ogilvie may file a motion for leave to amend her complaint by no later than April 4, 2024, and note the motion for the court's consideration on April 26, 2024.  Pursuant to Local Civil Rule 15, Ms. Ogilvie must attach both a clean and redlined copy of her proposed complaint as exhibits to the motion.  *See* Local Rules W.D. Wash. LCR 15.  Sanofi shall file its response by no later than April 22, 2024.  Ms. Ogilvie shall file her reply by no later than April 26, 2024.

3. Sanofi may file a motion for summary judgment on the limited issue of Sanofi's statute of limitations defense by no later than April 4, 2024, and note the motion for the court's consideration on April 26, 2024.  Ms. Ogilvie shall file her response by no later than April 22, 2024.  Sanofi shall file its reply by no later than April 26, 2024.

4. The parties are advised to carefully review and adhere to this district's Local Civil Rules governing motions practice.

5. The court will consider Ms. Ogilvie's motion for leave to amend and Sanofi's motion for summary judgment together.  The court will issue a case schedule, if necessary, following its forthcoming ruling on the parties' motions.

Dated this 28th day of February, 2024.

JAMES L. ROBART
United States District Judge