Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHAREN OGILVIE,<br><br>               Plaintiff,<br><br>   v.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC.,<br><br>               Defendants. | Case No.  2:23-cv-01010-JLR<br><br>**STIPULATED NOTICE OF PENDING SETTLEMENT AND MOTION TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR: April 19, 2024** |

      Plaintiff Sharon Ogilvie and Defendants Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

      The Parties are in the process of preparing and finalizing a Master Settlement Agreement, which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including October 7, 2024, at which

STIPULATED MOTION TO STAY PROCEEDINGS
(Case No. 2:23-cv-01010-JLR)
Page | 1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

1  time a status report informing this Court of the settlement status or a motion for appropriate

2  relief shall be due.

3

4       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  Dated: April 19, 2024

6  */s/ Ryan J. Browne*                                          */s/ Steven Rich*
   Ryan J. Browne                                                Steven Rich
7  Reyes Browne Law                                              Shook, Hardy & Bacon L.L.P.
   8222 Douglas Ave., Suite 400                                  WA Bar No. 48444
8  Dallas, TX 75225                                              701 Fifth Avenue, Suite 6800
   Tel: 214-526-7900                                             Seattle, WA 98104-7066
9  ryan@reyeslaw.com                                             Tel: 206-344-7600
                                                                 Fax: 206-344-3113
10 ***Counsel for Plaintiff***                                   srich@shb.com

11                                                               ***Counsel for Sanofi U.S. Services Inc.***
                                                                 ***and Sanofi-Aventis U.S. LLC***
12

13

14

15       **IT IS SO ORDERED.**

16
          DATED: April 19, 2024
17                _____

18                                                               _____
19                                                               The Honorable James L. Robart
                                                                 United States District Court Judge
20

21

22

23

Presented by:

| | |
|---|---|
| */s/ Ryan J. Browne* <br> Ryan J. Browne <br> Reyes Browne Law <br> 8222 Douglas Ave., Suite 400 <br> Dallas, TX 75225 <br> Tel: 214-526-7900 <br> ryan@reyeslaw.com <br><br> ***Counsel for Plaintiff*** | */s/ Steven Rich* <br> Steven Rich <br> Shook, Hardy & Bacon L.L.P. <br> WA Bar No. 48444 <br> 701 Fifth Avenue, Suite 6800 <br> Seattle, WA 98104-7066 <br> Tel: 206-344-7600 <br> Fax: 206-344-3113 <br> srich@shb.com <br><br> ***Counsel for Sanofi U.S. Services Inc.*** <br> ***and Sanofi-Aventis U.S. LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven Rich*
Steven Rich

STIPULATED MOTION TO STAY PROCEEDINGS
(Case No. 2:23-cv-01010-JLR)
Page | 3

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600