UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAREN OGILVIE, | CASE NO. C23-1010JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SANOFI-AVENTIS U.S. LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' March 30, 2026 joint status report.  (3/30/26 JSR (Dkt. # 47).)  The parties represent that they have entered into a Master Settlement Agreement to resolve this case and others in the Taxotere MDL.  (*Id.* at 1.)  The parties ask that this case remain stayed until June 30, 2026, while they finalize the settlement process.  (*Id.* at 2.)  The court GRANTS the parties' request and ORDERS that this case shall remain stayed until June 30, 2026. The parties shall file a joint status report

MINUTE ORDER - 1

informing the court of their progress with respect to the Master Settlement Agreement by no later than June 30, 2026.

Filed and entered this 31st day of March, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2